UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MELISSA N. KINGSBURY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C10-2001-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 13, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 27, 2011, to file an optional reply brief.

DATED this 19th day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge

Page 1   ORDER - [C10-2001-MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA, WSB #27609
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov